## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **OHIO SECURITY INSURANCE COMPANY,** *Plaintiff,* <br><br> v. <br><br> **KEITH PRYER et al,** *Defendants.* | **Civil No. 24-4485** |

### ORDER

**AND NOW**, this 23rd day of March 2026, upon consideration of Plaintiff Ohio Security Insurance Company's Motion for Default Judgment (ECF No. 22), it is hereby **ORDERED** that the motion is **GRANTED** for the reasons set forth in the accompanying memorandum.

**IT IS FURTHER ORDERED** that Default Judgment is entered in favor of Plaintiff Ohio Security Insurance Company and against Defendants Keith Pryer, Keith Pryer, LLC, and Niambi Lumpkin Pryer, and the Court hereby **DECLARES** as follows:

1.  Commercial auto policy No. BAS (20) 59834715 (the "Policy"), issued by Plaintiff Ohio Security Insurance Company to Keith Pryer d/b/a Keith Pryer, LLC, is **VOID** *ab initio* due to material misrepresentations and omissions in the procurement of the Policy.

2.  The Policy is further **VOID** under its fraud and misrepresentation provision based on the Defendants' material misrepresentations in reporting the subject accident.

3.  Because the Policy is void, it is a legal nullity, and no coverage can exist—nor has it ever existed—thereunder.

4.  Plaintiff Ohio Security Insurance Company has no duty to defend or indemnify the Defendants in the underlying actions captioned *Hill et al v. Lorenzo et al*, No. 210602082 (Phila. Ct. Com. Pl.), *Lorenzo et al v. Pryer et al*, No. 210602110 (Phila. Ct. Com. Pl.), and *Pryer v. Lumpkin et al*, No. 210602013 (Phila. Ct. Com. Pl.).

5.  The Clerk of Court shall mark this case **CLOSED**.

**BY THE COURT:**

_____
MARY KAY COSTELLO, J.

2